UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL WAYNE FLEMING,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>OFFICER J. REED, et al.,<br><br>　　　　　Defendant. | NO. EDCV 16-684-PSG (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the complaint, records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

　　　　IT IS ORDERED that Defendants' motion to dismiss Plaintiff's First Amended Complaint ("FAC") is DENIED. Defendants are further ordered to file an Answer to the FAC within 30 days after the entry of this court's order.

　　　　The case is referred back to the Magistrate Judge for further proceedings.

DATED:　September 3, 2019　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　　　　　　PHILIP S. GUTIERREZ
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge