UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL WAYNE FLEMING, | ) | NO. EDCV 16-684-PSG (AGR) |
| Plaintiff, | ) | |
| | ) | ORDER OF DISMISSAL |
| v. | ) | |
| | ) | |
| OFFICER J. REED, et al., | ) | |
| Defendant. | ) | |

In this prisoner civil rights case, on April 21, 2020, Defendants filed a Notice of Death of Plaintiff. (Dkt. No. 104.) Plaintiff's *Bivens* civil rights claims are not necessarily extinguished by Plaintiff's death in whole or in part.

The court must dismiss the lawsuit if a motion for substitution is not made by any party or by the decedent's successor or representative within 90 days after service of a statement noting the death. Fed. R. Civ. P. 25(a)(1). Rule 25(a)(1) "requires two affirmative steps in order to trigger the running of the 90 day period." *Barlow v. Ground*, 39 F.3d 231, 233 (9th Cir. 1994). "First, a party must formally suggest the death of the party upon the record." *Id.* That requirement is satisfied by the Defendants' filing of the Notice of Death. *Moss v. Entzel*, 2020 U.S. Dist. LEXIS 27294, *7 (C.D. Cal. Feb. 13, 2020). "Second, the suggesting party must serve other parties and nonparty successors or representatives of the deceased with a suggestion of death in the same manner as required for service of the motion to substitute." *Barlow*, 39 F.3d at 233. "[N]onparty successors or representatives of the deceased party must be served the suggestion of death in the manner provided by Rule 4 for the service of a summons." *Id.*; *see Moss*,

2020 U.S Dist. LEXIS 27294, *7 (proofs of service upon identified family members).

    The court ordered Defendants to serve the Notice of Death of Plaintiff upon any identified family members, successors or representatives of Plaintiff. (Order dated April 22, 2020, Dkt. No. 105.) Defendants filed a Status Report Re Service of Notice of Death of Plaintiff and proofs of service. (Dkt. No. 109.) Defendants served the Notice upon Plaintiff's wife, three sons and one daughter. The date of the last service was June 25, 2020. (Dkt. No. 109 at 1; Dkt. No. 109-1.) No one has filed a motion for substitution within 90 days after service as required by Rule 25.

    Accordingly, IT IS ORDERED that this action is dismissed.

DATED: 10/7/2020

                                   PHILIP S. GUTIERREZ
                            Chief United States District Judge